

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT LEE McDONALD, SR.,
as personal representative of the
Estate of DAVID NATHANIEL
McDONALD, et al.,

          Plaintiff(s),

vs.                             Case No. 8:01-CV-1306-T-27TGW

COOPER TIRE AND RUBBER
COMPANY, a Delaware corporation,

          Defendant(s).
_____/

## ORDER

**BEFORE THE COURT** is Plaintiff's Memorandum in Opposition to Defendant's Objection to the Magistrate's Order Dated January 24, 2003 (Dkt. 160). However, the record does not reflect that Defendant filed an Objection to the Magistrate's Order Dated January 24, 2003. Therefore, it is

**ORDERED AND ADJUDGED** Plaintiff's Memorandum in Opposition to Defendant's Objection to the Magistrate's Order Dated January 24, 2003 (Dkt. 160) is **STRICKEN**. The Clerk of Court is directed to return said pleading to Counsel for Plaintiff.

**DONE AND ORDERED** in chambers this 28th day of February 2003.

                                              JAMES D. WHITTEMORE
                                              United States District Judge

Copies to:
Counsel of Record
Law Clerk

Date Printed: 03/04/2003



Notice sent to:

    Hugh Nilsen Smith, Esq.
    Smith & Fuller, P.A.
    101 E. Kennedy Blvd., Suite 1800
    P.O. Box 3288
    Tampa, FL  33601

    Ralph E. Odom, Esq.
    Guarnieri & Martinez, P.A.
    1111 Oakfield Dr., Suite 115
    Brandon, FL  33511

    Frederick Jay Fein, Esq.
    Thornton, Davis & Fein
    Brickell Bayview Centre, Suite 2900
    80 S.W. 8th St.
    Miami, FL  33130-3704

    Greg Marshall Herskowitz, Esq.
    Thornton, Davis & Fein
    Brickell Bayview Centre, Suite 2900
    80 S.W. 8th St.
    Miami, FL  33130-3704

    Douglas Evan Horelick, Esq.
    Thornton, Davis & Fein
    Brickell Bayview Centre, Suite 2900
    80 S.W. 8th St.
    Miami, FL  33130-3704