FILED
03 MAR -6 AM 9:49

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

ROBERT LEE McDONALD, SR.; SHELTON LANE, ROBERT LEE McDONALD, JR.; DARYL EUGENE MORRIS; ALETHA MORRIS; JAMES A. LITTLES,

Plaintiffs,

v.                                      Case No. 8:01-CV-1306-T-27TGW

COOPER TIRE & RUBBER COMPANY,

Defendant.

---

## ORDER

**THIS COURT** has for its consideration the Motion to Dissolve Protective Order of Confidentiality, Motion for Sanctions (Dkt. 123). The Court refers the motion to Magistrate Judge Thomas G. Wilson for disposition.

**DONE AND ORDERED** in chambers at Tampa, Florida, this 5th day of March, 2003.

JAMES D. WHITTEMORE
United States District Judge

**COPIES FURNISHED TO:**
Magistrate Thomas G. Wilson
Counsel of Record

F I L E   C O P Y

Date Printed: 03/06/2003



Notice sent to:

   ___   Hugh Nilsen Smith, Esq.
Smith & Fuller, P.A.
101 E. Kennedy Blvd., Suite 1800
P.O. Box 3288
Tampa, FL  33601

   ___   Ralph E. Odom, Esq.
Guarnieri & Martinez, P.A.
1111 Oakfield Dr., Suite 115
Brandon, FL  33511

   ___   Frederick Jay Fein, Esq.
Thornton, Davis & Fein
Brickell Bayview Centre, Suite 2900
80 S.W. 8th St.
Miami, FL  33130-3704

   ___   Greg Marshall Herskowitz, Esq.
Thornton, Davis & Fein
Brickell Bayview Centre, Suite 2900
80 S.W. 8th St.
Miami, FL  33130-3704

   ___   Douglas Evan Horelick, Esq.
Thornton, Davis & Fein
Brickell Bayview Centre, Suite 2900
80 S.W. 8th St.
Miami, FL  33130-3704