UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FILED
03 MAR -7 AM 9:42

ROBERT LEE MCDONALD, SR., et al.,

Plaintiff(s),

vs.                                    Case No. 8:01-CV-1306-T-27TGW

COOPER TIRE & RUBBER COMPANY,

Defendant(s).
_____/

## ORDER

**BEFORE THE COURT** is Defendant's Motion to Revise/Supplement Witness and Exhibit List (Dkt.152). The Court having reviewed said motion, noting Plaintiffs' consent, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Defendant's Motion to Revise/Supplement Witness and Exhibit List (Dkt.152) is **GRANTED**. Defendant is directed to file an amended Witness and Exhibit List within ten (10) days of the date of this Order.

**DONE AND ORDERED** in chambers this 6th day of March, 2003.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record
Courtroom Deputy
Law Clerk

176

F I L E   C O P Y

Date Printed: 03/10/2003



Notice sent to:

    Hugh Nilsen Smith, Esq.
    Smith & Fuller, P.A.
    101 E. Kennedy Blvd., Suite 1800
    P.O. Box 3288
    Tampa, FL 33601

    Ralph E. Odom, Esq.
    Guarnieri & Martinez, P.A.
    1111 Oakfield Dr., Suite 115
    Brandon, FL 33511

    Frederick Jay Fein, Esq.
    Thornton, Davis & Fein
    Brickell Bayview Centre, Suite 2900
    80 S.W. 8th St.
    Miami, FL 33130-3704

    Greg Marshall Herskowitz, Esq.
    Thornton, Davis & Fein
    Brickell Bayview Centre, Suite 2900
    80 S.W. 8th St.
    Miami, FL 33130-3704

    Douglas Evan Horelick, Esq.
    Thornton, Davis & Fein
    Brickell Bayview Centre, Suite 2900
    80 S.W. 8th St.
    Miami, FL 33130-3704