UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT LEE MCDONALD, SR.,   :
as personal representative of the estate   :
of DAVID NATHANIEL
MCDONALD, ROBERT LEE   :
MCDONALD, SR., individually,   :
SHELTON LANE, ROBERT LEE   :
MCDONALD, JR.,   :
DARYL EUGENE MORRIS,   :
ALETHA MORRIS, and   :
JAMES A. LITTLES,   :
   :
       Plaintiffs,   :
   :
v.   :   Case No.8:01-CV-1306-T-27TGW
   :
COOPER TIRE & RUBBER   :
COMPANY,   :
   :
       Defendant.   :
_____ :

## O R D E R

THIS CAUSE came on for consideration upon the plaintiffs' Motion to

Dissolve Protective Order of Confidentiality, Motion for Sanctions (And Incorporated

Memorandum) (Doc. 123), and the defendant's response thereto (Doc. 166).

It is, upon consideration

ORDERED:

That a hearing on the plaintiffs' Motion to Dissolve Protective Order of

Confidentiality, Motion for Sanctions (And Incorporated Memorandum) (Doc. 123)

*182*

shall take place at **10:00 a.m.** on **March 25, 2003**, Courtroom 12A, United States Courthouse, 801 North Florida Avenue, Tampa, Florida.   The hearing will be electronically recorded.

DONE AND ORDERED at Tampa, Florida, this /Ⴍ day of March, 2003.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

2

F I L E   C O P Y

Date Printed: 03/11/2003



Notice sent to:

    ___  Hugh Nilsen Smith, Esq.
         Smith & Fuller, P.A.
         101 E. Kennedy Blvd., Suite 1800
         P.O. Box 3288
         Tampa, FL  33601

    ___  Ralph E. Odom, Esq.
         Guarnieri & Martinez, P.A.
         1111 Oakfield Dr., Suite 115
         Brandon, FL  33511

    ___  Frederick Jay Fein, Esq.
         Thornton, Davis & Fein
         Brickell Bayview Centre, Suite 2900
         80 S.W. 8th St.
         Miami, FL  33130-3704

    ___  Greg Marshall Herskowitz, Esq.
         Thornton, Davis & Fein
         Brickell Bayview Centre, Suite 2900
         80 S.W. 8th St.
         Miami, FL  33130-3704

    ___  Douglas Evan Horelick, Esq.
         Thornton, Davis & Fein
         Brickell Bayview Centre, Suite 2900
         80 S.W. 8th St.
         Miami, FL  33130-3704